

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| DAVID LUTZ, | § | No. 08-16-00059-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 1 |
| LVR MANAGEMENT FOR MMAPPS, | § | of Bell County, Texas |
| Appellee. | § | (TC# 83,476) |
| | § | |

**O R D E R**

The Court GRANTS Terry Johnston's third request for an extension of time within which to file the Reporter's Record until **July 15, 2016.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Terry Johnston, Official Court Reporter for County Court at Law No. 1 for Bell County, Texas, prepare the Reporter's Record and forward the same to this Court on or before July 15, 2016.

IT IS SO ORDERED this 30th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.